Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Monty G. Carroll, Jr. and Lawrence D. Smith, on behalf of themselves and others similarly situated,

    Plaintiffs,

vs.

Rodenburg LLP,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   3:18-cv-93

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

    Pursuant to the Order dated November 13, 2018, the Court GRANTS Rodenburg LLP's motion to dismiss (Docket No. 7) and DISMISSES the complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

Date: November 13, 2018

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jackie Stewart, Deputy Clerk*