# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  18-3667
_____

Monty G. Carroll, Jr., on behalf of himself and all others similarly situated; Lawrence D. Smith, on behalf of himself and all others similarly situated

Plaintiffs - Appellants

v.

Rodenburg LLP

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of North Dakota - Fargo
(3:18-cv-00093-DLH)

_____

## JUDGMENT

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 14, 2019


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans